■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMADO WASHINGTON, Appellant. [665 NYS2d 323] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered July 10, 1995, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish that he possessed a gun is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60

NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo*, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's claim that he received ineffective assistance of counsel is without merit. The record demonstrates that trial counsel rendered meaningful representation to the defendant at all stages of the proceedings (*see, People v Hobot*, 84 NY2d 1021; *People v Baldi*, 54 NY2d 137).

The sentence imposed was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski, supra*), or without merit. Bracken, J. P., Joy, Altman and Goldstein, JJ., concur.